No. 72–277. FORTENBERRY v. NEW YORK LIFE INSURANCE Co., 409 U. S. 981. Motion for leave to file petition for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

MARCH 1, 1973

No. 72–5953. DAVIS v. UNITED STATES. C. A. 4th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

MARCH 5, 1973

No. 72–876. CURTIS, INC. v. UNITED STATES ET AL. Affirmed on appeal from D. C. Colo.